Honorable Christopher M. Alston
Chapter 7

# UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE: ) CHAPTER 7
) CASE NO. 19-12235
Bekkala, John A )
Bekkala, Jan T ) REPORT OF UNCLAIMED FUNDS
) ( over $25)
Debtor(s). )

COMES NOW the Trustee, Nancy L. James, and files this Report of Unclaimed Funds as follows:

1. The following funds were disbursed pursuant to order of this Court and remain unclaimed.

2. The Trustee hereby requests to deposit the same with the Registry of the Bankruptcy Court:

| Creditors Name and Address | Dividend |
|---|---|
| John A. Bekkala and Jan T. Bekkala<br>23035 NE 13th St<br>Sammamish, WA 98074 | $216,873.86 |

DATED: This 23rd day of November, 2021

*/s/Nancy L. James*
Nancy L. James
Trustee

UNCLAIMED FUNDS REPORT

Nancy L. James, Trustee
15008 63RD DRIVE S.E.
SNOHOMISH, WA 98296
(425)485-5541